# EXHIBIT C



# United Desiccants

## 1998 Sales Meeting
## March 31-April 2

SCt005721

CONFIDENTIAL
Subject to Protective Order

Plaintiff Trial Exhibit
PTX 690



PTX0690-000001

# COMPETITION & PATENTS

- CAPITOL SPECIALTY PLASTICS, INC.
- JAPANESE PATENTS
- EUROPEAN PATENTS
- U S PATENTS
- APPROXIMATELY A DOZEN PATENTS EXIST TO DATE.

CONFIDENTIAL
Subject to Protective Order

SCI005780

PTX0690-000001-0060