# EXHIBIT E

Case 3:06-cv-00587-MEF-WC    Document 1-6    Filed 06/30/2006    Page 1 of 4

| PATENT ASSIGNMENT | CESSION DE BREVET |
|---|---|
| BETWEEN THE UNDERSIGNED: | ENTRE LES SOUSSIGNEES: |
| - Gaplast GmbH | - Gaplast GmbH |
| a German corporation | société de droit allemand |
| which head office is:<br>Wurmansauer Strasse 22<br>82442 Altenau<br>GERMANY | dont le siège social est :<br>Wurmansauer Strasse 22<br>82442 Altenau<br>R.F.A. |
| represented for purposes hereof<br>by<br>its | représentée aux effets des présentes<br>par<br>son |
| hereinafter referred to as "the Assignor"<br>ON THE ONE PART, | ci-après appelée "la Cédante"<br>D'UNE PART, |
| AND | ET |
| Süd-Chemie AG | Süd-Chemie AG |
| a German corporation | Société de droit allemand |
| which head office is:<br>Lenbachplatz 6<br>80333 München<br>Germany | dont le siège social est:<br>Lenbachplatz 6<br>80333 München<br>Germany |
| represented for purposes hereof<br>by<br>its | représentée aux effets des présentes<br>par<br>son |
| hereinafter referred to as "the Assignee"<br>ON THE OTHER PART, | ci-après appelée « la Cessionnaire »<br>D'AUTRE PART, |

Inscription RNB  ||||||||||||||
130838
Date          02/12/2002 REG NAL BREVETS
Lieu          INPI PARIS
No Operation  ||||||||
              D

1

| | |
|---|---|
| **WHEREAS:** | **APRES QU'IL A ETE EXPOSE:** |
| The Assignor is the registrant and proprietor of the here below European patent designation France: | Le Cédante est titulaire et propriétaire du brevet européen désignant la France : |
| - European patent application filed on March 2, 1991 under No. EP 91103140 published on November 6, 1991 under No. 454967 granted on December 6, 1995 | - Demande de brevet européen déposée le 2 mars 1991 sous le No. EP 91103140 publiée le 6 novembre 1991 sous le n° 454967 délivrée 6 décembre 1995 |
| and whereas the Assignee is desirous of acquiring the entire right, title and interest in and to the French part of the European patent which has been / has not been used in FRANCE. | et la Cessionnaire désire acquérir la propriété de la partie française du brevet européen qui a été / n'a pas été exploité en FRANCE. |
| **NOW THEREFORE IT IS AGREED THAT:** | **IL A ETE DIT ET CONVENU CE QUI SUIT:** |
| (1) The Assignor hereby assigns, transfers and sells to the Assignee, who accepts, the entire right, title and interest in and to the French part of the above mentioned patent. | (1) La Cédante cède, transfère et vend par là présente à la Cessionnaire, qui accepte, la pleine et entière propriété de la partie française du brevet ci-dessus mentionné. |
| (2) The Assignor also hereby assigns to the Assignee who accepts, all rights of legal action against acts of infringement not barred by a status of limitation at the date of the present assignment. | (2) La Cédante cède également à la Cessionnaire qui accepte tous les droit de poursuites judiciaires pour les faits de contrefaçon non prescrits à la date d'effet de la présente cession. |

2

| | |
|---|---|
| (3) Consequently, the Assignee is, from this day and by the mere effect of the present assignment, subrogated to all rights, actions and privileges of the Assignor for the French part of the above European patent. | (3) En conséquence de quoi, la cessionnaire se trouve, dès ce jour, et par le seul fait des présentes, subrogée dans tous les droits, actions et privilèges de la Cédante sur la partie française du brevet européen susmentionné. |
| (4) The consideration for this assignment is € 20.000,- which the Assignor gives good receipt to the Assignee by the present document. | (4) Le prix de cette cession est de € 20.000,- dont la Cédante donne quittance à la Cessionnaire par le présent acte. |
| (5) The bearer of a copy of the presents documents is given full power to attend to its fiscal recording, and/or to its recordal in the French Patent Registry held by the National Institute of Industrial Property. | (5) Tous pouvoirs sont donnés au porteur d'une copie des présentes, pour procéder à son enregistrement fiscal, et/ou à son inscription sur le Registre National des Brevets tenu à l'Institut National de la Propriété Industrielle. |
| This agreement shall be governed by the law of France. | Le présent contrat est soumis à la loi française. |

Signed at (fait à) Altenau

This (le) 18th day of (jour de) September 2002

POUR COPIE CERTIFIÉE CONFORME
Le Chef de Bureau

Signed at (fait à) Munich

This (le) 2nd day of (jour de) October 2002

Assignor (la Cédante)

By _(Corporate Seal)_

Roland Kneer (General Manager)

Assignee (la Cessionnaire)

By (Corporate Seal)
SÜD-CHEMIE AG
80333 München

Dr. H. J. Wernicke
(Member of the
Executive Board)

Dr. K. Jung
(Authorized
Officer)

In three copies (en trios exemplaires)

3