# EXHIBIT F

| PATENT ASSIGNMENT | CESSION DE BREVET |
|---|---|
| BETWEEN THE UNDERSIGNED: | ENTRE LES SOUSSIGNEES: |
| Süd-Chemie AG | Süd-Chemie AG |
| a German corporation | société de droit allemand |
| which head office is:<br>Lenbachplatz 6<br>D-80333 Munich<br>Germany | dont le siège social est :<br>Lenbachplatz 6<br>D-80333 Munich<br>R.F.A. |
| represented for purposes hereof<br>by<br>its | représentée aux effets des présentes<br>par<br>son |
| hereinafter referred to as "the Assignor"<br>ON THE ONE PART | ci-après appelée "la Cédante"<br>D'UNE PART, |
| AND | ET |
| Airsec S. A. | Airsec S. A. |
| a French corporation | Société de droit français |
| which head office is:<br>17 rue G. Clemenceau<br>Boîte Postale 207<br>94603 Choisy le Roi<br>France | dont le siège social est:<br>17 rue G. Clemenceau<br>Boîte Postale 207<br>94603 Choisy le Roi<br>France |
| represented for purposes hereof<br>by<br>its | représentée aux effets des présentes<br>par<br>son |
| hereinafter referred to as "the Assignee"<br>ON THE OTHER PART | ci-après appelée « la Cessionnaire »<br>D'AUTRE PART, |

Inscription RNB  190839
Date   02/12/2002 REG NAL BREVETS
Lieu   INPI PARIS
No Operation

1

**WHEREAS:**

The Assignor is the registrant and proprietor of the below European patent designation in France:

- European patent application
filed on March 2, 1991
under No. EP 91103140
published on November 6, 1991
under No. 454967
granted on December 6, 1995

and whereas the Assignee is desirous of acquiring the entire right, title and interest in and to the French part of the European patent which has been / has not been used in FRANCE.

**NOW THEREFORE IT IS AGREED THAT:**

(1) The Assignor hereby assigns, transfers and sells to the Assignee, who accepts, the entire right, title and interest in and to the French part of the above mentioned patent.

(2) The Assignor also hereby assigns to the Assignee who accepts, all rights of legal action against acts of infringement not barred by a status of limitation at the date of the present assignment.

**APRES QU'IL A ETE EXPOSE:**

Le Cédante est titulaire et propriétaire du brevet européen désignant la France :

- Demande de brevet européen
déposée le 2 mars 1991
sous le No. EP 91103140
publiée le 6 novembre 1991
sous le n° 454967
délivrée 6 décembre 1995

et la Cessionnaire désire acquérir la propriété de la partie française du brevet européen qui a été / n'a pas été exploité en FRANCE.

**IL A ETE DIT ET CONVENU CE QUI SUIT:**

(1) La Cédante cède, transfère et vend par la présente à la Cessionnaire, qui accepte, la pleine et entière propriété de la partie française du brevet ci-dessus mentionné.

(2) La Cédante cède également à la Cessionnaire qui accepte tous les droit de poursuites judiciaires pour les faits de contrefaçon non prescrits à la date d'effet de la présente cession.

2

(3) Consequently, the Assignee is, from this day and by the mere effect of the present assignment, subrogated to all rights, actions and privileges of the Assignor for the French part of the above European patent.

(4) The consideration for this assignment is € 20.000 which the Assignor gives good receipt to the Assignee by the present document.

(5) The bearer of a copy of the presents documents is given full power to attend to its fiscal recording, and/or to its recordal in the French Patent Registry held by the National Institute of Industrial Property.

This agreement shall be governed by the law of France.

(3) En conséquence de quoi, la cessionnaire se trouve, dès ce jour, et par le seul fait des présentes, subrogée dans tous les droits, actions et privilèges de la Cédante sur la partie française du brevet européen susmentionné.

(4) Le prix de cette cession es de € 20.000 dont la Cédante donne quittance à la Cessionnaire par le présent acte.

(5) Tous pouvoirs sont donnés au porteur d'une copie des présentes, pour procéder à son enregistrement fiscal, et/ou à son inscription sur le Registre National des Brevets tenu à l'Institut National de la Propriété Industrielle.

Le présent contrat est soumis à la loi française.

Signed at (fait à) Munich

This (le) 15th day of (jour de) October 2002

POUR COPIE CERTIFIÉE CONFORME
Le Chef...

Signed at (fait à) Choisy le Roi

This (le) 17th day of (four de) October 2002

Assignor (la Cédante)
By (Corporate Seal)  SUD-CHEMIE AG
                     [...] 85 · 80085 München

Dr. H. J. Wernicke          Dr. K. Jung
Member of the               Authorized
Executive Board             Officer

Assignee (la Cessionnaire)
By (Corporate Seal)

                            AIRSEC SA
                            Le Président Directeur Général

Didier Lancesseur
Managing Director

In three copies (en trios exemplaires)

3