IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CSP TECHNOLOGIES, INC., <br> CAPITOL EUROPE, S.A. <br><br> Plaintiff, <br><br> v. <br><br> SUD-CHEMIE AG; <br> SUD-CHEMIE, INC.; and <br> AIRSEC S.A. <br><br> Defendants. | Case No. 3:06-cv-00587-MEF-VPM |

**ORDER ADMITTING APPLICATION FOR**
**ADMISSION TO PRACTICE PRO HAC VICE**

This matter came before the Court on the Application of John Lloyd Abramic ("Movant") requesting this Court to admit Movant to practice before this Court *pro hac vice* to represent CSP Technologies, Inc., in this case. Based upon the pleadings of record in this case, and for good cause shown, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Movant is hereby specially admitted to practice before this Court *pro hac vice* to represent CSP Technologies, Inc.

**DONE** this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:   Charles A. Stewart, III, Esq.
      Heather Ann Bjella
      Ronald A. DiCerbo
      George Pellegrin McAndrews
      James Richard Nuttall
      John Lloyd Abramic
      Matthew A. Anderson