Certificate of Good Standing                                                                                                  Page 1 of 1

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Matthew A Anderson

Northern District of Illinois


    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Matthew A Anderson was duly admitted to practice in said Court on (01/10/2003) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/10/2006 )

                                         Michael W. Dobbins, Clerk,

                                         By:  Liri Isufi
                                              Deputy Clerk