# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Ronald A DiCerbo

*Northern District of Illinois*

   I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

   DO HEREBY CERTIFY That Ronald A DiCerbo was duly admitted to practice in said Court on (12/21/2000) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/10/2006 )

Michael W. Dobbins, Clerk,

By: Liri Isufi
     Deputy Clerk