IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CSP TECHNOLOGIES, INC.,  )<br>CAPITOL EUROPE, S.A.     )<br>                          )<br>     Plaintiff,          )<br>                          )<br>     v.                   )<br>                          )<br>SUD-CHEMIE AG;            )<br>SUD-CHEMIE, INC.; and     )<br>AIRSEC S.A.               )<br>                          )<br>     Defendants.          | Case No. 3:06-cv-00587-MEF-VPM |

## ORDER ADMITTING APPLICATION FOR
## ADMISSION TO PRACTICE PRO HAC VICE

This matter came before the Court on the Application of Ronald A. DiCerbo ("Movant") requesting this Court to admit Movant to practice before this Court *pro hac vice* to represent CSP Technologies, Inc., in this case. Based upon the pleadings of record in this case, and for good cause shown, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Movant is hereby specially admitted to practice before this Court *pro hac vice* to represent CSP Technologies, Inc.

**DONE** this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:   Charles A. Stewart, III, Esq.
      Heather Ann Bjella
      Ronald A. DiCerbo
      George Pellegrin McAndrews
      James Richard Nuttall
      John Lloyd Abramic
      Matthew A. Anderson