IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 SEP 11 P 2: 28

| | |
|---|---|
| CSP TECHNOLOGIES, INC., <br> CAPITOL EUROPE, S.A. <br><br> Plaintiff, <br><br> v. <br><br> SUD-CHEMIE AG; <br> SUD-CHEMIE, INC.; and <br> AIRSEC S.A. <br><br> Defendants. | Case No. 3:06-cv-00587-MEF-VPM |

**MOTION FOR ADMISSION *PRO HAC VICE***

Charles A. Stewart III, a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Plaintiff CSP Technologies, Inc., respectfully moves for admission *pro hac vice* attorney George Pellegrin McAndrews, of the firm of McAndrews, Held & Malloy, Ltd., as additional counsel for the above-referenced Plaintiff. In support of this Motion, a Certificate of Good Standing is attached.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests this Court grant this Motion to admit attorney George Pellegrin McAndrews, of the firm of McAndrews, Held & Malloy, Ltd., *pro hac vice* as additional counsel for Plaintiff CSP Technologies, Inc.

Respectfully submitted this the 11 day of September, 2006.

/s/ Charles A. Stewart, III
Charles A. Stewart, III (STE067)
Angela R. Rogers (RAI017)
Bradley, Arant, Rose & White
401 Adams Avenue
Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


ATTORNEYS FOR PLAINTIFF
CSP TECHNOLOGIES, INC.