Certificate of Good Standing                                                                                     Page 1 of 1

# CERTIFICATE OF GOOD STANDING



United States of America

                                                            }ss. George Pellegrin McAndrews

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That George Pellegrin McAndrews was duly admitted to practice in said Court on (09/20/1963) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/10/2006 )

                                           Michael W. Dobbins, Clerk,

                                           By: Liri Isufi
                                               Deputy Clerk