# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. James Richard Nuttall

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That James Richard Nuttall was duly admitted to practice in said Court on (12/18/1997) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/10/2006 )

                                      Michael W. Dobbins, Clerk,

                                    By:  Liri Isufi
                                        Deputy Clerk