IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-587-MEF |
| | ) |
| SUD-CHEMIE AG, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motions for Admission Pro Hac Vice of John Lloyd Abramic, Matthew A. Anderson, Heather Ann Bjella, Ronald A. Dicerbo, George Pellegrin McAndrews and James Richard Nuttall (Doc. #3, #4, #5, #6, #7, #8) filed on September 11, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this 18th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE