# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., <br> CAPITOL EUROPE, S.A. <br><br> Plaintiff, <br><br> v. <br><br> SÜD-CHEMIE AG; <br> SÜD-CHEMIE, INC.; and <br> AIRSEC S.A. <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 3:06-cv-00587-MEF-VPM <br> ) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**CSP Technologies, Inc.** ("CSP" or "Plaintiff") respectfully requests leave to file the Amended Complaint attached as Exhibit A hereto. In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed its original complaint on June 30, 2006.

2. To date, no defendant has been served. Therefore, no defendant will be prejudiced by allowing Plaintiff to file the amended complaint.

WHEREFORE, premises considered, Plaintiff respectfully requests this Court to allow them leave to file the attached Amended Complaint.

Respectfully submitted,

/s Charles A. Stewart III
Charles A. Stewart III (STE067)
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

George P. McAndrews
Richard T. McCaulley, Jr.
James R. Nuttall
Ronald A. DiCerbo
John L. Abramic
Matthew A. Anderson
Heather A. Bjella
McANDREWS, HELD & MALLOY LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

**Attorneys for Plaintiff
CSP Technologies, Inc.**