IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., *et al.,* | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )  CASE NO. 3:06-cv-587-MEF |
| | ) |
| SUD-CHEMIE AG, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File First Amended Complaint (Doc. #10) filed on September 25, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 28th day of September, 2006.

                                                   /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE