## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CSP TECHNOLOGIES, INC., <br> CAPITOL EUROPE, S.A. <br><br> Plaintiff, <br><br> v. <br><br> SUD-CHEMIE AG; <br> SUD-CHEMIE, INC.; and <br> AIRSEC S.A. <br><br> Defendants. | Case No. 3:06-cv-00587-MEF-VPM |

### MOTION FOR ADMISSION *PRO HAC VICE*

Charles A. Stewart III, a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Plaintiff CSP Technologies, Inc., respectfully moves for admission *pro hac vice* attorney Michael John Fitzpatrick, of the firm of McAndrews, Held & Malloy, Ltd., as additional counsel for the above-referenced Plaintiff. In support of this Motion, a Certificate of Good Standing is attached.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20.00 in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests this Court grant this Motion to admit attorney Michael John Fitzpatrick, of the firm of McAndrews, Held & Malloy, Ltd., *pro hac vice* as additional counsel for Plaintiff CSP Technologies, Inc.

Respectfully submitted this the 25th day of October, 2006.

  /s/Charles A. Stewart III  
Charles A. Stewart III (STE067)  
Angela R. Rogers (RAI017)  
Bradley, Arant, Rose & White  
401 Adams Avenue, Suite 780  
Montgomery, Alabama 36104  
Telephone:  (334) 956-7700  
Facsimile:  (334) 956-7701  


ATTORNEYS FOR PLAINTIFF  
CSP TECHNOLOGIES, INC.