# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Michael John Fitzpatrick

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Michael John Fitzpatrick was duly admitted to practice in said Court on (01/31/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/12/2006 )

Michael W. Dobbins, Clerk,

By: David A. Jozwiak
    Deputy Clerk