IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CSP TECHNOLOGIES, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:06-cv-587-MEF |
| | ) | |
| SUD-CHEMIE AG, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motion for Michael John Fitzpatrick to Appeal Pro Hac Vice (Doc. #14) filed on October 25, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 27th day of October, 2006.

                                              /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE