AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

CSP TECHNOLOGIES, INC. CAPITOL EUROPE, S.A.,

Plaintiffs,

v.

SUD-CHEMIE AG; SUD-CHEMIE, INC. AND AIRSEC S.A.,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
3:06-cv-00587-MRF-VPM

TO: SUD-CHEMIE, AG
LENBACHPLATZ 6
80333 MUNICH, GERMANY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

George P. McAndrews
McAndrews, Held & Malloy Ltd.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE   10/27/06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(Print)* | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                   *Date*                 *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

CSP TECHNOLOGIES, INC. CAPITOL EUROPE, S.A.,

    Plaintiffs,

v.

SUD-CHEMIE AG; SUD-CHEMIE, INC. AND AIRSEC S.A.,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
3:06-cv-00587-MRF-VPM

TO: AIRSEC S.A.
17 RUE G. CLEMENCEAU
BOTIE POSTALE 207
94603 CHOLSY LE ROL, FRANCE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY

Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

George P. McAndrews
McAndrews, Held & Malloy Ltd.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 10/27/06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (Print) | TITLE |
| Check one box below to indicate appropriate method of service | |

| | |
|---|---|
| ☐ | Served personally upon the defendant. Place where served: |
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. <br><br> Name of person with whom summons and complaint were left: |
| ☐ | Returned unexecuted: |
| ☐ | Other (specify): |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　　　Date　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.