IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., *et. al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-587-MEF |
| | ) |
| SUD-CHEMIE AG, *et. al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Unopposed Motion for Extension of Time to Respond to Complaint (Doc. # 17) filed on November 2, 2006, it is hereby ORDERED that the motion is GRANTED.

Pursuant to the stipulations between the parties concerning acceptance of service of process for the two foreign defendants, all three defendants shall have until **January 3, 2007** to answer or otherwise respond to the complaint.

DONE this 3rd day of November, 2006.

                                            /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE