IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., et al., ) | ) |
| Plaintiffs, ) | ) |
| vs. ) | CASE NO. 3:06-cv-587 |
| SÜD-CHEMIE, A.G.; SÜD-CHEMIE INC., and AIRSEC S.A., ) | ) |
| Defendants. ) | |

**MOTION FOR ADDITIONAL EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant Süd-Chemie Inc. moves, for itself and on behalf of the other defendants, for an additional extension of time to answer or otherwise respond to the complaint, to and including January 17, 2007, based upon the following:

1. On November 3, 2006 the Court granted Süd-Chemie Inc.'s unopposed motion for extension of time to and including January 3, 2007 for all defendants to respond to the complaint.

2. Subsequent to the entry of that order, Süd-Chemie Inc. and CSP Technologies, Inc. engaged in settlement discussions focusing on litigation pending between them in the Southern District of Indiana, and eventually participated in a mediation conducted by United States Magistrate Judge Hussman of that district. That mediation resulted in a global settlement of issues between these parties. The settlement includes the contemplated dismissal of this action with prejudice, after a payment is made and an order is entered in the Indiana case.

3. The Indiana settlement calls for the parties to jointly seek a stay of this action until completion of the events required by the Indiana settlement, but Alabama counsel have not

175473.1

yet been able to discuss the details of the contemplated stay.  The additional extension requested herein will allow time for those discussions and, under the circumstances, will result in no prejudice to any party.

    4.    Counsel for the Plaintiff, Mr. Charles A. Stewart, III, left the undersigned a voicemail message on December 28, 2006 advising that, in his judgment, an additional extension was an appropriate vehicle to hold this matter in abeyance pending further discussions between counsel.

Defendant Süd-Chemie Inc. accordingly urges the Court to extend the time for all defendants to respond to and including January 17, 2007.

Respectfully submitted this 29th day of December, 2006.

                                                               s/David R. Boyd
                                                               One of the Attorneys for Defendant
                                                                Süd-Chemie Inc.

OF COUNSEL:
David R. Boyd (BOY005)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101
334/834-6500
334/269-3115 (fax)

**CERTIFICATE OF SERVICE**

    I certify that on December 29th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Charles A. Stewart, III
Bradley Arant Rose & White LLP
401 Adams Avenue
Suite 780
Montgomery, AL  36104

George P. McAndrews
James R. Nuttall
McAndrews, Held & Malloy Ltd.
500 West Madison Street, 34th Floor
Chicago, IL  60661

                                                                                       s/David R. Boyd
                                                                                       Of Counsel