IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., *et al.*, ) | |
| ) | |
|    Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-587-MEF |
| ) | |
| SUD-CHEMIE AG, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Additional Extension of Time to Respond to Complaint (Doc. #19) filed on December 29, 2006, it is hereby

ORDERED that the motion is GRANTED to and including January 17, 2007.

DONE this the 4th day of January, 2007.

                                                   /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE