IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 3:06-cv-587 ) |
| SÜD-CHEMIE, A.G.; SÜD-CHEMIE INC., and AIRSEC S.A., | ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION TO STAY**

The parties jointly move for a stay of all further proceedings herein, preparatory to a dismissal with prejudice of this action, on the following grounds:

1. The claims asserted herein have been resolved by agreement in the context of a global settlement of issues between the parties. The settlement resulted from a mediation conducted by Magistrate Judge Hussman of the Southern District of Indiana in connection with other litigation between the parties pending in that district.

2. The Indiana settlement calls for the dismissal of this action with prejudice after a payment is made and an order is entered in the Indiana case.

3. A stay of this action pending fulfillment of those preconditions is in the interests of the parties and judicial economy, and is an agreed element of the Indiana settlement.

4. Upon completion of the Indiana settlement, an appropriate notice or stipulation of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), will be filed.

Respectfully submitted on this the 8th day of January, 2007.

175524.1

                            s/David R. Boyd
                            Attorney for Defendant Süd-Chemie Inc.

OF COUNSEL:
David R. Boyd (BOY005)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101
334/834-6500
334/269-3115 (fax)

                            s/Charles A. Stewart, III
                            Attorney for Plaintiff CSP Technologies, Inc.

OF COUNSEL:
Charles A. Stewart, III
Bradley Arant Rose & White LLP
401 Adams Avenue
Suite 780
Montgomery, AL  36104
334/956-7700
334/956-7701 (fax)

George P. McAndrews
James R. Nuttall
McAndrews, Held & Malloy Ltd.
500 West Madison Street, 34th Floor
Chicago, IL  60661

175524.1