IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-587-MEF |
| ) | |
| SUD-CHEMIE AG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Stay (Doc. #21) filed on January 8, 2007, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the parties shall file a joint status report on the first Monday of each month beginning February 5, 2007 and continuing on the first Monday of each month during the pendency of the stay or until further ordered by this Court.

DONE this the 9th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE