# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., ) <br> CAPITOL EUROPE, S.A. ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 3:06-CV-00587-MEF-VPM <br> v. ) <br> ) <br> SÜD-CHEMIE AG; ) **JURY TRIAL DEMANDED** <br> SÜD-CHEMIE, INC.; and ) <br> AIRSEC S.A. ) <br> ) <br> Defendants. ) | |

## JOINT STATUS REPORT

At the parties' request, this case was stayed by the Court's Order of January 9, 2007. Pursuant to that Order, the parties hereby submit this joint status report.

On January 26, 2007, the parties filed a Consent Judgment in the Southern District of Indiana, stipulating dismissal of that case with prejudice. Upon entry of that Consent Judgment, CSP will move to dismiss this case with prejudice under Fed. R. Civ. P. 41(a)(1).

Respectfully submitted this 5th day of February, 2007.

s/Charles A. Stewart III
Attorney for Plaintiff CSP Technologies, Inc.

OF COUNSEL:
Charles A. Stewart, III
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7608
Facsimile: (334) 956-7808

s/David R. Boyd
Attorney for Defendant Sud-Chemie, Inc.

OF COUNSEL:
David R. Boyd (BOY005)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101
Telephone: (334) 834-6500
Facsimile: (334) 956-7710

176867.1

George P. McAndrews
James R. Nuttall
McAndrews, Held & Malloy Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

176867.1