**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| CSP TECHNOLOGIES, INC.,<br>CAPITOL EUROPE, S.A. | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 3:06-cv-00587 |
| v. | ) <br> ) | |
| SUD-CHEMIE AG;<br>SUD-CHEMIE, INC.; and<br>AIRSEC S.A. | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

**VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs, CSP Technologies, Inc. and Capitol Europe, S.A., hereby stipulate to dismiss this action with prejudice. Fed.R.Civ.P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first occurs…").

Respectfully submitted,

/s Charles A. Stewart III
Charles A. Stewart III (STE067)
**Bradley Arant Rose & White LLP**
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

-and-

George P. McAndrews
James R. Nuttall
Ronald A. DiCerbo
John L. Abramic
Matthew A. Anderson
Heather A. Bjella
McANDREWS, HELD & MALLOY
LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

**ATTORNEYS FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF CSP
TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 02, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David R. Boyd
Balch & Bingham, LLP
PO Box 78
Montgomery, Alabama  36101-0078
Telephone:  (334) 834-6500
Facsimile:  (334) 269-3115
dboyd@balch.com

Kelly Fitzgerald Pate
Balch & Bingham, LLP
PO Box 78
Montgomery, Alabama  36101-0078
Telephone:  (334) 269-3130
Facsimile:  (866) 501-9985
kpate@balch.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

s/ Charles A. Stewart III
Charles A. Stewart III
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: cstewart@bradleyarant.com

-and-

George P. McAndrews
James R. Nuttall
Ronald A. DiCerbo
John L. Abramic
Matthew A. Anderson
Heather A. Bjella
MCANDREWS, HELD & MALLOY,
LTD.
500 West Madison St., Suite 3400
Chicago, Illinois  60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

**ATTORNEYS FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF CSP
TECHNOLOGIES, INC.**

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| CSP TECHNOLOGIES, INC., <br> CAPITOL EUROPE, S.A. | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 3:06-cv-00587 |
| v. | ) <br> ) | **JURY TRIAL DEMANDED** |
| SUD-CHEMIE AG; <br> SUD-CHEMIE, INC.; and <br> AIRSEC S.A. | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

This matter having come before the Court on Plaintiffs' Voluntary Dismissal

with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), it is hereby

Ordered that the above captioned action is hereby dismissed with prejudice.

SO ORDERED this _____ day of _____, 2007.


_____
Honorable Chief Judge Mark E. Fuller
United States District Court Judge