**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 5, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   CSP Technologies, Inc. et al v. Sud-Chemie AG et al

Case Number:   3:06cv00587-MEF

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include a certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document #24   filed on   March 2, 2007.**