IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSP TECHNOLOGIES, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-587-MEF |
| ) | |
| SUD-CHEMIE AG, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

Upon consideration of plaintiff's Voluntary Dismissal (Doc. #24) filed on March 2, 2007, it is hereby,

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, pursuant to Rule 41(a)(1)(i). Each party shall bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 7th day of March, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE